UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

NELSON RIOS, )
 )
      Petitioner, )
vs. ) 1:10-cv-1270-LJM-DML
 )
DONNA CARNEYGEE, )
 )
      Respondent. )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 10/14/2010

Laura Briggs, Clerk
United States District Court

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

By: Deputy Clerk

Distribution:

Nelson Rios
No. 953481
Correctional Industrial Facility
P.O. Box 601
Pendleton, IN 46064